## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> ROBERTA ARCHULETA, TIFFANI DIX, ) <br> CHRISTELLA SANCHEZ, and BARBARA HOUSTON, ) <br> ) <br> Intervenor-Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> REAL TIME STAFFING SERVICES, LLC, f/k/a ) <br> REAL TIME STAFFING SERVICES, INC., and ) <br> EMPLOYMENT SOLUTIONS MANAGEMENT, INC., ) <br> and ) <br> EMPLOYBRIDGE LLC F/K/A NEW KOOSHAREM ) <br> CORPORATION, d/b/a SELECT STAFFING, ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br><br><br>CIV. NO:<br>1:18-cv-00541-JAP-KBM<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY DEMAND |

## PLAINTIFF EEOC'S FIRSTAMENDED COMPLAINT

The Equal Employment Opportunity Commission files its First Amended Complaint pursuant to Rule 15(a)(2) F.R.C.P. and this Court's order of March 28, 2019 (Doc. No. 51). This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of sex, and to provide appropriate relief to plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees who were adversely affected by such practices during their employment with Defendants Real Time Staffing Services, LLC, *f/k/a* Real Time Staffing Services, Inc., Employment Solutions Management, Inc. and Employbridge LLC, f/k/a New Koosharem Corporation, all doing business under the brand name

of Select Staffing ("Select Staffing"). The Commission alleges that plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees of Select Staffing were employees assigned by Select Staffing to work at the City of Albuquerque Police Department ("APD") in the Inspection of Public Records Act Unit ("IPRA") in 2014 and 2015. As described with greater particularity below, the Commission alleges that plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees of Defendants were subjected to sexual harassment by supervisory or managerial officials and/or co-workers in the APD IPRA Unit, including, but not limited to, unwelcome verbal harassment and unwelcome physical touching which created a hostile work environment for them because of their sex, female. The Commission further alleges that Select Staffing failed to promptly remedy or prevent the unlawful employment practices which adversely affected its employees.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section

706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

    4.    At all relevant times, Defendants Real Time Staffing Services, LLC and Employment Solutions Management, Inc. and Employbridge LLC (as successors to New Koosharem Corporation and its subsidiary corporations) were joint-employers of the plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees of Defendants for whom EEOC seeks relief.

    a.  At all relevant times, defendant Real Time Staffing Services, LLC, f/k/a Real Time Staffing, Inc. d/b/a Select Staffing has continuously been a California corporation doing business in the State of New Mexico and the City of Albuquerque and has continuously had more than 500 employees in the United States. Corporate records indicate the Plaintiff-Intervenors and other employees placed by the staffing company at client-employers, such as the City of Albuquerque, were paid by Defendant Real Time Staffing Services, Inc. and New Koosharem Corporation d/b/a Select Staffing;

    b.  At all relevant times, New Koosharem Corporation d/b/a Select Staffing was a Delaware Corporation with its principal place of business located at 3820 Street, Santa Barbara, California, 93105. On February 9, 2015, New Koosharem merged businesses with Employbridge LLC and moved its principal place of business to Atlanta, Georgia. After the merger, the different entities relevant to this suit all use the tradename Select Staffing.

    c.  At all relevant times, from March 2009 through February 2016,

    Catherine Olinger was the Select Staffing Branch Manager employed by Employment Solutions Management, Inc. and/or its predecessors of the Albuquerque, New Mexico office operating under the Select Staffing brand;

d. Employment Solutions Management, Inc. is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business in Athens, Georgia;

e. The contract for temporary employees with the City of Albuquerque was held by Employbridge LLC, a limited liability company organized under the laws of the State of California, formerly known as New Koosharem Corporation. Employbridge LLC is the parent corporation of Employment Solutions Management, Inc. During the relevant times, all entities used the tradename Select Staffing;

f. Employment Solutions Management, Inc., d/b/a Select Staffing, is licensed to do business in the State of New Mexico and has continuously employed more than 500 employees in the United States;

g. During the relevant time, Catherine Olinger was the Branch Manager at the Albuquerque, New Mexico office of Select Staffing who directed and controlled the hiring, placement and terminations of all internal employees under her supervision as well as all temporary employees placed by Select Staffing with the City of Albuquerque, including plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated temporary employees;

    h. Employbridge LLC and Employment Solutions Management, Inc. had notice and investigation of the charges of discrimination filed with the EEOC by the plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated temporary employees by and through Select Staffing Branch Manager Catherine Olinger and Select Staffing's in-house legal counsel;

    i. Employment Solutions Management, Inc. substantially continued the business operations of Select Staffing's Albuquerque branch office under the direction of Catherine Olinger, continued to service the New Koosharem Corporation's contract with the City of Albuquerque (contract period:12/24/2008 to 12/25/2015) and continued to jointly-employ the plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated temporary employees who had previously been placed with the City of Albuquerque.

    j. At all relevant times, the predecessor and successor corporations and limited liability companies were the employers of the plaintiff-intervenors Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated temporary employees who had previously been placed with the City of Albuquerque, including but not limited to the named Defendants Real Time Staffing Services, LLC f/k/a Real Time Staffing, Inc., Employbridge LLC f/k/a New Koosharem Corporation, and Employment Solutions Management, Inc.

   k. All named Defendants conducted business in the State of New Mexico, during the relevant time, under the brand or trade name "Select Staffing" at the branch office located at 6121 Indian School Road in Albuquerque, New Mexico. Further, all named Defendants retained the same management personnel, specifically Catherine Olinger and Shaun Shepherd, to run the business known as Select Staffing and as Select Staffing the named Defendants continued to employ the temporary employees placed with the City of Albuquerque under the same contract, through December 2015.

 5. At all relevant times, Select Staffing has procured employees for a covered employer within the meaning of Section 701(c) of Title VII, 42 U.S.C. § 2000e(c).

 6. At all relevant times, Select Staffing has continuously been, and is now, an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

 7. More than thirty days prior to the institution of this lawsuit, Roberta Archuleta, Tiffani Dix, Barbara Houston, and Christella Sanchez filed charges with the Commission alleging violations of Title VII by Select Staffing.

 8. On March 7, 2018, the Commission issued to Select Staffing Letters of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

 9. On May 31, 2018, the Commission issued to Select Staffing a Notice of Failure

of Conciliation advising Defendant that the Commission was unable to secure from Select Staffing a conciliation agreement acceptable to the Commission.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

11. Since at least September 2014, Select Staffing has engaged in unlawful employment practices in Albuquerque, New Mexico in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) because of sex.

12. Select Staffing employed Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees, and Select Staffing placed them at APD's Inspection of Public Records Act Unit beginning in or around September 2014 and continuing into 2015.

13. During the time it placed employees in APD's Inspection of Public Records Act Unit, Select Staffing negligently failed take immediate and appropriate corrective actions to remedy or prevent a hostile or offensive work environment created by verbal and physical sexual harassment suffered by Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees because of their sex, female. For example, women assigned to APD's IPRA Unit were subjected to unwelcome sexual conduct, including but not limited to:

- Touching, slapping, hitting or kicking of their buttocks and other body parts;
- Grabbing or touching of women's breasts;
- Comments about women's breasts;
- Calling women offensive names, including for example, "whore," "prostitutes," "hookers," "cunt," and "sluts;"

7

- Referring to women as "stupid," "dumb," "dumb broads," or other similarly demeaning terms;
- Throwing objects at women to further demean them; and
- Constant sexual remarks, sexual jokes, and sexual innuendo.

14. Since at least September 2014, Select Staffing knew or in the exercise of reasonable care should have known of the hostile or offensive work environment because of sex that was suffered by Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other similarly situated female employees assigned to APD's IPRA Unit. The women repeatedly complained to Select Staffing about the hostile or offensive work environment but Select Staffing negligently failed to take timely preventative or remedial actions.

15. The effect of the practices complained of in paragraphs 11-14 above has been to deprive by Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female.

16. The unlawful employment practices complained of in paragraphs 11-14 above were intentional.

17. The unlawful employment practices complained of in paragraph 11-14 above were done with malice and/or with reckless indifference to the federally protected rights of Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other female employees of Select Staffing.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Select Staffing, its officers, agents,

8

servants, employees, successors, assigns and all persons in active concert or participation with it from engaging in any practice that permits the harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

      B.      Order Select Staffing to institute and carry out policies, practices and programs which provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices, including sex discrimination.

      C.      Order Select Staffing to make whole Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other aggrieved female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 11-14 above, in amounts to be determined at trial.

      D.      Order Select Staffing to make whole Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other aggrieved female employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 11-14 above, including, but not limited to, emotional pain, suffering, inconvenience, mental anguish, humiliation, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

      E.      Order Select Staffing to pay Roberta Archuleta, Tiffani Dix, Barbara Houston, Christella Sanchez and other aggrieved female employees punitive damages for its malicious and/or reckless conduct described in paragraphs 11-14 above, in amounts to be determined at trial.

      F.      Grant such further relief as the Court deems necessary and proper in the public interest.

      G.      Award the Commission its costs in this action.

## **JURY TRIAL DEMANDED**

The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated this _28th__ day of March, 2019.

                                         Respectfully submitted,

                                         *Electronically Filed*

                                         LORETTA MEDINA
                                         Supervisory Trial Attorney

                                         */s/ Jeff A. Lee*

                                         Jeff A. Lee
                                         Senior Trial Attorney
                                         EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION
                                         Albuquerque Area Office
                                         505 Marquette Ave., NW, Suite 900
                                         Albuquerque, NM 87124
                                         Telephone: (505) 738-6723
                                         E-Mail: jeff.lee@eeoc.gov

                                         Attorneys For Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of March 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

David Foster
FOSTER LAW FIRM, P. C.
210 Montezuma Ave., Ste. 200
Santa Fe, NM 87501
fosterlawfirm@gmail.com

Attorney for Intervenor-Plaintiffs

SEYFARTH SHAW LLP

Gerald L. Maatman, Jr.
Christopher J. DeGroff
Christina M. Janice
Michael D. Jacobsen
Amanda Fry
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
gmaatman@seyfarth.com
cdegroff@seyfarth.com
cjanice@seyfarth.com
mjacobsen@seyfarth.com
afry@seyfarth.com

-and-

Thomas L. Stahl
Post Office Box 1888
Albuquerque, NM 87103
tstahl@rodey.com

Attorneys for Defendant Real Time Staffing Services, Inc. d/b/a/ Select Staffing

                                              __s/ *Jeff A. Lee*_____
                                              JEFF A. LEE