IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>ROBERTA ARCHULETA, TIFFANI DIX, CHRISTELLA SANCHEZ, and BARBARA HOUSTON,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>REAL TIME STAFFING SERVICES, LLC, f/k/a REAL TIME STAFFING SERVICES, INC., and EMPLOYMENT SOLUTIONS MANAGEMENT, INC., and EMPLOYBRIDGE LLC F/K/A NEW KOOSHAREM CORPORATION, d/b/a SELECT STAFFING<br><br>Defendants. | Case No. 1:18-cv-00541-JAP-KBM |

**DEFENDANTS EMPLOYBRIDGE, LLC AND
EMPLOYMENT SOLUTIONS MANAGEMENT, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Defendants EmployBridge, LLC and Employment Solutions Management, Inc., nongovernmental corporate parties in the above-captioned action, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and by and through their undersigned attorneys, state that Defendant Employment Solutions Management, Inc. is a direct subsidiary of EB Subholdings II, Inc., and an indirect subsidiary of Defendant EmployBridge, LLC, which is, in turn, a wholly-owned subsidiary of EmployBridge Holding Company.  No publicly held corporation owns 10%

55930883v.1

or more of the stock of Defendants EmployBridge, LLC and Employment Solutions Management, Inc.

DATED: April 11, 2019

Respectfully submitted,

 /s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.
Christopher J. DeGroff
Christina M. Janice
Michael D. Jacobsen
Amanda I. Fry
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
gmaatman@seyfarth.com
cdegroff@seyfarth.com
cjanice@seyfarth.com
mjacobsen@seyfarth.com
afry@seyfarth.com

- and -

Thomas L. Stahl
RODEY, DICKASON, SLOAN,
 AKIN & ROBB, P.A.
Post Office Box 1888
Albuquerque, NM  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
tstahl@rodey.com

*Attorneys for Defendants Real Time Staffing Services, LLC, EmployBridge, LLC, and Employment Solutions Management, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 11, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

SEYFARTH SHAW LLP

By: */s/ Gerald L. Maatman, Jr.*
   Gerald L. Maatman, Jr.

55930883v.1