IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

    v.           Civ. No. 18-541 JAP/JFR

Robert ARCHULETA, et al.,

    Intervenor-Plaintiffs.

    v.

REAL TIME STAFFING SERVICES, LLC, et al.,

    Defendants.

## ORDER

On February 11, 2020, the parties collectively filed a SECOND JOINT MOTION FOR ENTRY OF CONSENT DECREE ("Motion") (Doc. No. 78). The Court, having read the pleadings and noting the concurrence of all counsel, and being otherwise fully advised in the premises, concludes that the Motion is well taken and should be granted. Accordingly, the Court will grant the Motion and will enter the CONSENT DECREE (Doc. No. 78-1).

IT IS THERFORE ORDERED THAT:

(1) The SECOND JOINT MOTION FOR ENTRY OF CONSENT DECREE (Doc. No. 78) is GRANTED; and

(2) The CONSENT DECREE (Doc. No. 78-1) is entered.

_____
SENIOR UNITED STATES DISTRICT JUDGE